Mutual Company
Nonassessable

# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Lane, P.O. Box 357, Merrill, WI 54452

## COMMON POLICY DECLARATIONS PAGE

POLICY NO.: 0200145-02-030183

**ITEM 1. NAMED INSURED AND ADDRESS:**
DEEPER LIFE BIBLE CHURCH
5028 COVINGTON HWY
DECATUR GA  30035-2021

**ITEM 2. POLICY PERIOD:** FROM  02/14/09  TO  02/14/12               0200145-02-604396
12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE      (RENEWAL OF)

**ITEM 3. THE NAMED INSURED IS:**  RELIGIOUS INSTITUTION

**ITEM 4. AGENT:**  07-153
EBEL REYES
NORCROSS OFFICE
OAKBROOK PLAZA, SUITE 120
1770 INDIAN TRAIL ROAD
NORCROSS GA  30093
(800) 554-2642

**ITEM 5. THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS:**

PROPERTY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:
| | |
|---|---|
| A 100(01-01) | PROPERTY CONDITIONS |
| A 1001(01-08) | IDENTITY RECOVERY COVERAGE FORM |
| A 101(04-06) | BUILDING AND PERSONAL PROPERTY COVERAGE - RELIGIOUS |
| A 127(04-06) | CAUSES OF LOSS - SPECIAL FORM |
| A 134(06-87) | GLASS LIMITATION - SPECIAL CAUSES OF LOSS |
| A 154(10-99) | SYSTEMS/EQUIPMENT BREAKDOWN COVERAGE FORM |
| A 182.1(04-06) | GEORGIA CHANGES |
| A 945.2(01-08) | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| UN 764(04-06) | IMPORTANT NOTICE-CHANGE TO PROPERTY COVERAGE FORM |
| UN 766(04-06) | IMPORTANT NOTICE-CHANGE TO THE CAUSES OF LOSS FORM |

GENERAL LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:
| | |
|---|---|
| A 052(06-87) | NUCLEAR ENERGY LIABILITY EXCLUSION - BROAD FORM |
| A 200(01-04) | GENERAL LIABILITY COVERAGE PART - OCCURRENCE BASIS |
| A 200.1(12-06) | AMENDATORY ENDORSEMENT - PERSONAL INJURY |
| A 202(01-04) | GENERAL LIABILITY ADDITIONAL PROVISIONS - RELIGIOUS |
| A 205(06-87) | LOSS OF LIFE |
| A 251(09-94) | EXCLUSION - LEAD LIABILITY |

Church Mutual
INSURANCE COMPANY

A 001 CD(10-99) - GA            PAGE 1            ISSUED DATE: 02/02/09


PLAINTIFF'S EXHIBIT A

POLICY NO.: 0200145-02-030183

**GENERAL LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 253(01-04) | LEGAL DEFENSE COVERAGE |
| A 254(10-99) | AMENDMENT OF INSURING AGREEMENT - KNOWN INJURY/DAMAGE |
| A 255(01-04) | CATASTROPHIC VIOLENCE RESPONSE COVERAGE |
| A 262(01-04) | SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIAB AND MED |
| A 268(05-03) | WAR LIABILITY EXCLUSION |
| A 923.1(10-91) | AMENDATORY ENDORSEMENT PUNITIVE OR EXEMPLARY DAMAGES |
| A 945.3(01-08) | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |

**CRIME COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 300(06-87) | CRIME CONDITIONS FORM |
| A 302(05-89) | CHURCH THEFT OF MONEY AND SECURITIES COVERAGE FORM |
| A 309(06-87) | BLANKET BOND COVERAGE FORM |
| A 380(06-04) | GEORGIA CHANGES - CONCEALMENT/MISREPRESENTATION/FRAUD |

**PROFESSIONAL LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 500(01-04) | COUNSELING PROFESSIONAL LIABILITY COVERAGE-OCCURRENCE |
| A 923.1(10-91) | AMENDATORY ENDORSEMENT PUNITIVE OR EXEMPLARY DAMAGES |
| A 945.3(01-08) | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |

**HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 600(01-04) | HIRED AND NONOWNED AUTO LIAB - RELIGIOUS INSTITUTION |
| A 602(06-00) | MEDICAL EXPENSE COVERAGE |
| A 605(01-03) | RENTAL AUTOMOBILE CONTRACTUAL LIABILITY ENDORSEMENT |
| A 945.3(01-08) | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |

**FORMS AND ENDORSEMENTS WHICH APPLY TO THIS ENTIRE POLICY:**

| | |
|---|---|
| A 050(01-98) | MUTUAL AND COMMON POLICY CONDITIONS |
| A 051(06-87) | CALCULATION OF PREMIUM |
| A 916(06-04) | GEORGIA CHANGES - CANCELLATION AND NONRENEWAL |
| UN 720(01-08) | NOTICE - DISCLOSURE OF TERRORISM PREMIUM |

**ITEM 6. PREMIUM:** IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

$3,727.00     DUE AT INCEPTION.  PREMIUM SUBJECT TO ADJUSTMENT AT EACH ANNIVERSARY.

** SUMMARY OF ADDITIONAL CHARGES (INCLUDED IN ANNUAL PREMIUM) **

TERRORISM RISK INSURANCE:     $     37.00 ANNUAL CHARGE

This policy includes copyrighted material of Church Mutual Insurance Company
Copyright, Church Mutual Insurance Company, 1995
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984 & 1994

# PROPERTY COVERAGE PART
## DECLARATIONS PAGE

POLICY NO.: 0200145-02-030183

ITEM 1. DESCRIPTION OF PREMISES AND COVERAGES:

PREMISES NO:      001           BUILDING NO:   001
CONSTRUCTION:    NON-COMBUSTIBLE
OCCUPANCY:       CHURCH
LOCATION:        5028 COVINGTON HIGHWAY
COUNTY:          DEKALB
CITY/STATE:      DECATUR, GA

COVERAGE: BUILDING
LIMIT OF INSURANCE: $1,254,000
COINSURANCE PERCENT: 100%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
VALUATION: REPLACEMENT COST

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: $189,000
COINSURANCE PERCENT: 100%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
VALUATION: REPLACEMENT COST

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

PREMISES NO:      002           BUILDING NO:   002
CONSTRUCTION:    FRAME
OCCUPANCY:       ONE FAMILY NON-OWNER OCCUPIED DWELLING
LOCATION:        4140 HOUSTON AVENUE
COUNTY:          BIBB
CITY/STATE:      MACON, GA

COVERAGE: BUILDING
LIMIT OF INSURANCE: $93,000
COINSURANCE PERCENT: 100%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
VALUATION: REPLACEMENT COST


Church Mutual
INSURANCE COMPANY

POLICY NO.: 0200145-02-030183

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: $14,000
COINSURANCE PERCENT: 100%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
VALUATION: REPLACEMENT COST

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

PREMISES NO:      002            BUILDING NO:   003
CONSTRUCTION:    FRAME
OCCUPANCY:       ONE FAMILY NON-OWNER OCCUPIED DWELLING
LOCATION:        4148 HOUSTON AVENUE
COUNTY:          BIBB
CITY/STATE:      MACON, GA

COVERAGE: BUILDING
LIMIT OF INSURANCE: $116,000
COINSURANCE PERCENT: 100%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
VALUATION: REPLACEMENT COST

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: $18,000
COINSURANCE PERCENT: 100%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
VALUATION: REPLACEMENT COST

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

**ITEM 2. DEDUCTIBLE - OCCURRENCE:**

$500

**ITEM 3. ENDORSEMENTS:**

NONE

**ITEM 4. MORTGAGEHOLDERS, LOSS PAYEES, AND CONTRACT SELLERS:**

MORTGAGEHOLDER(S):

PRAGS INVESTMENTS
4241 RIDGEHURST DR
SMYRNA, GA  30080
PREMISES/BUILDINGS INCLUDED:   001      001
                                002      002

A 001 P(10-99) - GA                    PAGE 2                    ISSUED DATE: 02/02/09

POLICY NO.: 0200145-02-030183

002   003

A 001 P(10-99) - GA              PAGE 3              ISSUED DATE: 02/02/09

Church Mutual
INSURANCE COMPANY

# GENERAL LIABILITY COVERAGE PART
## DECLARATIONS PAGE

**POLICY NO.:** 0200145-02-030183

**ITEM 1. LIMITS OF INSURANCE:**

| | |
|---|---|
| GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS - COMPLETED OPERATIONS AND SEXUAL MISCONDUCT OR SEXUAL MOLESTATION) | $ 3,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ 1,000,000 |
| EACH OCCURRENCE LIMIT (BODILY INJURY AND PROPERTY DAMAGE COMBINED) | $ 1,000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT (COMBINED) | $ 1,000,000 |
| MEDICAL EXPENSE LIMIT - ANY ONE PERSON (OTHER THAN SEXUAL MISCONDUCT OR SEXUAL MOLESTATION) | $ 10,000 |
| PROPERTY DAMAGE LEGAL LIABILITY - ANY ONE OCCURRENCE | $ 300,000 |
| SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIMIT (COMBINED) - ALL LOCATIONS AND OPERATIONS | |
|     EACH CLAIM LIMIT | $ 100,000 |
|     AGGREGATE LIMIT | $ 300,000 |
| SEXUAL MISCONDUCT OR SEXUAL MOLESTATION MEDICAL EXPENSE LIMIT | |
|     ANY ONE PERSON | $ 10,000 |
|     AGGREGATE LIMIT | $ 50,000 |
| LEGAL DEFENSE COVERAGE LIMIT | |
|     EACH DEFENSIBLE INCIDENT LIMIT | $ 5,000 |
|     AGGREGATE LIMIT | $ 15,000 |
| CATASTROPHIC VIOLENCE RESPONSE | |
|     PER PERSON LIMIT | $ 50,000 |
|     EACH VIOLENT INCIDENT LIMIT | $ 300,000 |
|     VIOLENT INCIDENT AGGREGATE LIMIT | $ 300,000 |

**ITEM 2. DESCRIPTION AND CLASSIFICATION OF PREMISES AND OPERATIONS:**
ALL PREMISES AND OPERATIONS UNLESS EXCLUDED IN ITEM 3 BELOW.

NONE

**ITEM 3. EXCLUSION ENDORSEMENTS:**

NONE


Church Mutual
INSURANCE COMPANY

POLICY NO.: 0200145-02-030183

**OTHER ENDORSEMENTS:**

| | | | |
|---|---|---|---|
| LOSS OF LIFE ENDORSEMENT. | EACH PERSON LIMIT OF INSURANCE: | $ | 10,000 |
| | EACH ACCIDENT LIMIT OF INSURANCE: | $ | 20,000 |

# CRIME COVERAGE PART
## DECLARATIONS PAGE

POLICY NO.: 0200145-02-030183

ITEM 1. DESCRIPTION OF PREMISES AND COVERAGES:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:      001        BUILDING NO:   001
CONSTRUCTION:     NON-COMBUSTIBLE
OCCUPANCY:        CHURCH
LOCATION:         5028 COVINGTON HIGHWAY
COUNTY:           DEKALB
CITY/STATE:       DECATUR, GA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COVERAGE FORM: CHURCH THEFT OF MONEY AND SECURITIES

LIMIT OF INSURANCE: $3,000           DEDUCTIBLE: $250

SPECIAL COVERAGE DAYS:
CHRISTMAS, EASTER AND THANKSGIVING

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COVERAGE FORM: BLANKET BOND

LIMIT OF INSURANCE: $10,000

ITEM 2. ENDORSEMENTS:

NONE

Church Mutual
INSURANCE COMPANY

A 001 C(06-87) - GA           PAGE 1           ISSUED DATE: 02/02/09